FILED

12/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0461

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0461

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

MELISSA ANN TRAINER,

     Defendant and Appellant.

                                     O R D E R

_____

Appellant Melissa Ann Trainer, by counsel, has filed a motion for extension of time within which to file her opening brief.

IT IS HEREBY ORDERED that Appellant has until January 10, 2022, within which to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 14 2021